UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20447-CIV-LENARD/WHITE

**SANDY D. MCKENZIE**,

    Movant,
vs.

**UNITED STATES OF AMERICA,**

    Respondent.
_____/

### ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 20) AND DENYING MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255 (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 20), issued on October 5, 2009, recommending that Movant Sandy D. McKenzie's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 be denied as untimely filed. Therein, Movant was provided ten (10) days to file objections to the Report. To date, Movant has not filed any objections to the Report. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 20), issued on October 5, 2009, is

        **ADOPTED**;

    2.    The Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (D.E. 1), filed

on February 20, 2009, is **DENIED** as untimely;

3. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 16th day of November, 2009.

                                                */s/ Joan A. Lenard*
                                                **JOAN A. LENARD**
                                                **UNITED STATES DISTRICT JUDGE**